# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00211-JWH-ADS | Date | April 20, 2026 |
| Title: | Mordechai Avisar v. Surgical Theater, Inc. et al | | |

Present: The Honorable    John W. Holcomb

| Clarissa Lara | Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Bobby Samini | Jon William Borderud |
| Mark Mazda | Michael A Laurenson |

_____ Day Court Trial    5th    Day Jury Trial

___ One day trial: ___ Begun (1st day);  X  Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by

___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.

___ Plaintiff(s) rest.    ___ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.

✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

✓ Motion for Judgment/Directed Verdict by Plaintiff & Defendant is ___ granted. ✓ denied. ___ submitted.

___ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    April 21, 2026, at 8:30 a.m.,    for further trial/further jury deliberation.

___ Other:

4    :    43

Initials of Deputy Clerk    cla

cc: