JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MORDECHAI AVISAR,

        Plaintiff,

        v.

SURGICAL THEATER, INC., a Delaware Corporation; WEN-CHI CHEN, an individual; and DOES 1 through 10, inclusive,

        Defendants.

SURGICAL THEATER, INC.,

        Counterclaimant,

        v.

MORDECHAI AVISAR,

        Counterdefendant,

Case No. 8:23-cv-00211-JWH-ADS

**JUDGMENT**

Pursuant to the Verdicts rendered in the above-captioned action on April 21, 2026 [ECF Nos. 171 & 173 (unsealed) and 172 & 174 (sealed)], and the parties' Joint Post-Trial Status Report [ECF No. 179], and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a) & 1441.

2. The parties in this case are:

a. Plaintiff and Counterdefendant Mordechai Avisar ("Avisar");

b. Defendant and Counterclaimant Surgical Theater, Inc. ("Surgical Theater"); and

c. Defendant Wen-Chi Chen.

3. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

4. The operative pleadings in this case are Avisar's First Amended Complaint [ECF No. 31] and Surgical Theater's Counterclaim [ECF No. 49].

5. Defendant Wen-Chi Chen and Avisar's fourth claim for relief against Defendant Wen-Chi Chen were **DISMISSED** on or about January 10, 2024.

6. Avisar's fifth, sixth, and seventh claims for relief against Surgical Theater were **DISMISSED** on or about April 13, 2026.

7. Avisar shall have **JUDGMENT** in his **FAVOR** on his first and third claims for relief, and **AGAINST** Surgical Theater, and, in connection therewith, Avisar is **AWARDED** damages **AGAINST** Surgical Theater in the amount of **$300,000**.

8. Surgical Theater shall have **JUDGMENT** in its **FAVOR** on Avisar's second claim for relief, and Avisar shall take nothing by way of his second claim for relief.

9.    Surgical Theater shall have **JUDGMENT** in its **FAVOR** on its second, third, fourth, and fifth counterclaims for relief, and **AGAINST** Avisar, and, in connection therewith, Surgical Theater is **AWARDED** damages **AGAINST** Avisar in the amount of **$229,000**.

10.    Surgical Theater's first counterclaim for relief is **DISMISSED**.

11.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:_____May 29, 2026_____    _____
John W.     o com
UNITED STATES DISTRICT JUDGE

-3-